**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA,

v. CRIMINAL ACTION NO. 5:22CR79

BRANDON LAWSON

**MEMORANDUM OPINION AND ORDER**

Pending is Defendant Brandon Lawson's Letter-Form Motion for Early Termination of supervised release, filed September 1, 2026. [ECF 50]. The United States does not oppose the Motion.

**I.**

On March 2, 2023, following his guilty plea to unlawful transfer of a firearm, in violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D), Mr. Lawson was sentenced to nine (9) months of incarceration, followed by three (3) years of supervised release, with a special condition that the first nine (9) months are served on home confinement. [ECF 43]. Mr. Lawson began serving his term of supervised release on February 1, 2024. Mr. Lawson now moves for early termination of his supervised release, inasmuch as he has maintained compliance while on supervision, community involvement, and maintained gainful employment. [ECF 50].

Mr. Lawson's Probation Officer notes he has maintained a positive and cooperative attitude while on supervision. [*Id.* at 1]. In addition, Mr. Lawson has paid the special assessment fee. [ECF 47; ECF 48]. In October 2024, he submitted a urinalysis screen that was positive for

marijuana and alcohol. Since that time, he has remained in compliance with all other conditions of supervised release. Mr. Lawson was also transferred to the low intensity supervision caseload given his consistent compliance. The Probation Officer thus reports Mr. Lawson meets the criteria established by the Administrative Office of the United States Courts for early termination of supervised release. As noted, the United States does not oppose Mr. Lawson's Motion.

**II.**

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); see also *United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Mr. Lawson's Probation Officer, the Court concludes that early termination of Mr. Lawson's supervised release is warranted. Mr. Lawson has completed over two and a half (2.5) years of his supervised release term without incident and has demonstrated his dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Mr. Lawson's conduct and the interests of justice support early termination of his supervised release.

**III.**

Accordingly, the Court **GRANTS** Mr. Lawson's motion **[ECF 50]** and **TERMINATES** Mr. Lawson's supervised release term.

The Clerk is **DIRECTED** to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: September 18, 2026

Frank W. Volk
Chief United States District Judge